1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 VERNON LEROY BARKER,                         No. 2:19-cv-0463 AC P

12            Plaintiff,

13       v.                                      ORDER

14 RICHARD WIESS, et al.,

15            Defendants.

16

17        Plaintiff is a state prisoner proceeding pro se with this civil rights action.  On March 14,

18 2019, plaintiff filed a complaint that lacks his signature and the date.  Plaintiff will be provided

19 fourteen (14) days after service of this order to sign and date a copy of the last page of his

20 complaint, and submit it to the court.

21        Accordingly, IT IS HEREBY ORDERED that:

22        1.  The Clerk of Court shall send plaintiff, together with a copy of this order, a copy of the

23 last page of his complaint (ECF No. 1 at 6).

24        2.  Plaintiff shall, within fourteen (14) days after service of this order, sign, date and file

25 the completed last page of his complaint; upon receipt, the Clerk of Court shall substitute the

26 incomplete page of the complaint with the completed page and make an appropriate notation on

27 the docket.

28 ////

3. Failure of plaintiff to timely comply with this order will result in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.

DATED: March 19, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE