# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

VERNON LEROY BARKER,　　　　　　No. 2:19-cv-0463 JAM AC P

　　　　　Plaintiff,

　v.

RICHARD WIESS, et al.,

　　　　　　　　　　　　　　　　　　　**ORDER & WRIT OF HABEAS CORPUS**
　　　　　Defendants.　　　　　　　　**AD TESTIFICANDUM**
_____/

Vernon Leroy Barker, CDCR # J-70922, a necessary and material witness in a settlement conference in this case on October 9, 2019, is confined in Mule Creek State Prison (MCSP), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman, to appear by video conference from his place of confinement, to the U.S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Wednesday, October 9, 2019 at 1:30 p.m.

　　　　　　　　　ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference, by video conference, at the time and place noted above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. Counsel for the defendant, the assigned Deputy Attorney General, shall confirm with the prison no less than two days prior to the settlement conference that the prison's video-conference equipment will connect to the court's system. Any difficulties shall immediately be reported to Alexandra Waldrop, Courtroom Deputy, at (916) 930-4187.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, MCSP, P. O. Box 409099, Ione, California 95640:**

**WE COMMAND** you to produce the inmate named above to testify before Magistrate Judge Newman at the time and place noted above, by video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: August 6, 2019

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Allison Claire_
　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE